BENJAMIN B. WAGNER
United States Attorney
KEVIN C. KHASIGIAN
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone: (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>   v.<br><br>2011 TOYOTA SIENNA SE WAGON, VIN: 5TDXK3DC7BS077981, LICENSE NUMBER: 6PSZ063,<br><br>   Defendant. | 2:14-MC-00111-TLN-CKD<br><br>STIPULATION AND ORDER EXTENDING TIME FOR FILING A COMPLAINT FOR FORFEITURE AND/OR TO OBTAIN AN INDICTMENT ALLEGING FORFEITURE |

It is hereby stipulated by and between the United States of America and claimant Jimmy Quanguang Xu, through undersigned counsel, as follows:

1. On or about June 23, 2014, claimant Jimmy Quanguang Xu filed a claim, in the administrative forfeiture proceedings, with the Drug Enforcement Administration with respect to the 2011 Toyota Sienna SE Wagon, VIN: 5TDXK3DC7BS0779, License Number: 6PSZ063 (hereafter "defendant vehicle"), which were seized on May 1, 2013.

2. The Drug Enforcement Administration has sent the written notice of intent to forfeit required by 18 U.S.C. § 983(a)(1)(A) to all known interested parties. The time has expired for any person to file a claim to the defendant vehicle under 18 U.S.C. § 983(a)(2)(A)-(E), and no person other than the claimant has filed a claim to the defendant vehicle as required by law in the administrative forfeiture proceeding.

3. Under 18 U.S.C. § 983(a)(3)(A), the United States is required to file a complaint for forfeiture against the defendant vehicle and/or to obtain an indictment alleging that the defendant vehicle are subject to forfeiture within ninety days after a claim has been filed in the administrative forfeiture proceedings, unless the court extends the deadline for good cause shown or by agreement of the parties.  That deadline was September 22, 2014.

4. By Stipulation and Order filed November 25, 2014, the parties stipulated to extend to December 22, 2014, the time in which the United States is required to file a civil complaint for forfeiture against the defendant vehicle and/or to obtain an indictment alleging that the defendant vehicle is subject to forfeiture.

5. By Stipulation and Order filed December 24, 2014, the parties stipulated to extend to March 23, 2015, the time in which the United States is required to file a civil complaint for forfeiture against the defendant vehicle and/or to obtain an indictment alleging that the defendant vehicle is subject to forfeiture.

6. By Stipulation and Order filed March 23, 2015, the parties stipulated to extend to June 22, 2015, the time in which the United States is required to file a civil complaint for forfeiture against the defendant vehicle and/or to obtain an indictment alleging that the defendant vehicle is subject to forfeiture.

7. By Stipulation and Order filed June 22, 2015, the parties stipulated to extend to August 21, 2015, the time in which the United States is required to file a civil complaint for forfeiture against the defendant vehicle and/or to obtain an indictment alleging that the defendant vehicle is subject to forfeiture.

8. By Stipulation and Order filed August 26, 2015, the parties stipulated to extend to September 21, 2015, the time in which the United States is required to file a civil complaint for forfeiture against the defendant vehicle and/or to obtain an indictment alleging that the defendant vehicle is subject to forfeiture.

9. As provided in 18 U.S.C. § 983(a)(3)(A), the parties wish by agreement for an extension to November 20, 2015, the time in which the United States is required to file a civil complaint for forfeiture against the defendant vehicle and/or to obtain an indictment alleging that the defendant

Stipulation and Order to Extend  Time
for Filing A Complaint for Forfeiture

1 vehicle are subject to forfeiture.

2     10.    Accordingly, the parties agree that the deadline by which the United States shall be required to file a complaint for forfeiture against the defendant vehicle and/or to obtain an indictment alleging that the defendant vehicle are subject to forfeiture shall be extended to November 20, 2015.

Dated: 9/17/2015

BENJAMIN B. WAGNER
United States Attorney

By:   /s/ Kevin C. Khasigian
KEVIN C. KHASIGIAN
Assistant U.S. Attorney

Dated: 9/17/2015

 /s/ Lawrence T. Niermeyer
LAWRENCE T. NIERMEYER
Attorney for Claimant Jimmy Quanguang Xu
(As authorized via email)

    IT IS SO ORDERED.

Dated: September 21, 2015

Troy L. Nunley
United States District Judge

3

Stipulation and Order to Extend Time
for Filing A Complaint for Forfeiture